109 So.2d 668

**W. C. STRICKLAND et al.**

**v.**

**William K. BRUST.**

**8 Div. 939.**

Supreme Court of Alabama.

Feb. 19, 1959.

Beasley & McCutchen, Tuscumbia, for appellants.

Jesse A. Keller, Florence, for appellee.

COLEMAN, Justice.

Affirmed on authority of Strickland v. Lambert, ante, p. 580, 109 So.2d 664.

Affirmed.

SIMPSON, STAKELY, GOODWYN and MERRILL, JJ., concur.